# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| THE LCF GROUP, INC., | CASE NO. 3:22-cv-00057 |
| *Plaintiff,* | |
| v. | ORDER |
| PIEDMONT POWER SPORTS, INC. *et al.*, | |
| | JUDGE NORMAN K. MOON |
| *Defendants.* | |

Upon the request of the parties and pursuant to 28 U.S.C. § 636(b)(3) and Rule 16(a)(5) of the Federal Rules of Civil Procedure, this matter is hereby **REFERRED** for mediation with United States Magistrate Judge Joel C. Hoppe. The parties are **DIRECTED** to contact his chambers to schedule a conference, to the extent they have not already done so.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

Entered this  4th  day of May, 2023.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE