# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

|  |  |
|---|---|
| THE LCF GROUP, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | )   Case No. 3:22-cv-57 |
|  | ) |
| PIEDMONT POWER SPORTS, INC., ET AL., | ) |
|  | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, Plaintiff The LCF Group, Inc, ("LCF"), by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move this Court to grant its Motion for Partial Summary Judgment on Plaintiff's Claim IV for Unjust Enrichment/Quantum Meruit against Defendant Piedmont Power Sports, Inc. for the reasons set out fully in Plaintiff's Memorandum in Support of its Motion for Partial Summary Judgment filed contemporaneously with this Motion.

WHEREFORE, in consideration of the facts and arguments set forth in Plaintiff's Memorandum in Support of its Motion for Partial Summary Judgment and the facts on the record, Plaintiff LCF Group, Inc. requests that this Court grant its Motion for Partial Summary Judgment against Defendant Piedmont with regards to Count IV: Unjust Enrichment/Quantum Meruit and award Plaintiff the following relief:

1. Compensatory damages in the amount of $207,216.21;
2. Prejudgment interest from June 10, 2022 and post-Judgment interest at the rate of 6% per annum;

3. Post-judgment interest;

4. Such other and further relief as this Court deems just and proper.

Dated: June 28, 2023                    Respectfully submitted,

                                        THE LCF GROUP
                                        By counsel,

*/s/ Christopher Robertson*_____
J. Chapman Petersen, Esq., VSB #37225
Christopher Robertson, Esq., VSB # 93732
Chap Petersen & Associates, PLC
3970 Chain Bridge Road
Fairfax, Virginia 22030
(571) 459-2512 (telephone)
(571) 459-2307 (facsimile)
cr@petersenfirm.com
*Counsel for Plaintiff*

## Certificate of Service

I hereby certify on June 28, 2023, a copy of the foregoing was served via electronic mail to the following:

Andrew Biondi, Esq. (VSB No. 48100)
Lindsay K. Bunting Eubanks, Esq. (VSB No. 94686)
Sands Anderson PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, VA 23218
P: (804) 648-1636
F: (804) 783-7291
abiondi@sandsanderson.com
lbuntingeubanks@sandsanderson.com
*Counsel for Defendants Jack L. Rickett, Jr., Piedmont Power Sports, Inc., and New River Kubota, Inc.*

__/s/ Christopher Robertson___
Christopher Robertson, Esq.