IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
(Charlottesville Division)

| | |
|---|---|
| LCF GROUP, INC., | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.: 3:22-cv-57 |
| PIEDMONT POWER SPORTS, INC., | ) |
| NEW RIVER KUBOTA, INC., | ) |
| JACK L. RICKETT, JR. | ) |
| SHAEFERENTERPRISES, LLC and | ) |
| ERIC SCHAEFER, | ) |
| Defendants | ) |

### AFFIDAVIT OF ERIC A. SCHAEFER

ERIC A. SCHAEFER, having been first duly sworn, deposes and states as follows:

1) I am over the age of 21 and make this Affidavit based upon my own personal knowledge. I am competent to testify as to the facts set forth in this Affidavit and that the facts in this Affidavit are true and correct.

2) My current home address is 124 Weber Avenue NE, North Canton, OH 44720.

3) I previously lived at 3033 Ethan Court, Brunswick, OH 44212. However, I have not resided at that address since October 15, 2020.

## History of Identity Theft

4) In the summer of 2020, I became aware that I had been the victim of identity theft. It was during that time that I learned of a business banking account at Wells Fargo for a corporation named "FC USA LLC." A person, using my identity, opened the bank account on behalf of FC USA LLC at Wells Fargo. I have never had any connection to FC USA LLC. After investigation, Wells Fargo determined that the business account was opened using my stolen identity and closed the account based upon that determination.

5) I have since determined that someone used my stolen to create FC USA LLC, a Delaware corporation. Additionally, I was able to ascertain that the person utilized Harvard Business Services, Inc. to file the necessary paperwork with the state of Delaware to fraudulently form said corporation. I have never done any business transactions with Harvard Business Services, Inc., let alone request the formation of FC USA LLC.

6) In the spring of 2022, I learned that my identity might have been used to form another entity- Schaefer Capital Group. I have never had any connection to Schaefer Capital Group.

7) Upon learning of this potential second entity, I filed reports about my stolen identify with the Cleveland Office of the Federal Bureau of Investigation, the Federal Trade Commission, and the North Canton Police Department in early April 2022.

8) I did not learn of the existence of SchaeferEnterprises, LLC until I was shown a copy of the Complaint in this matter. I have never had any connection with SchaeferEnterprises, LLC. Based upon information presented to me, I have learned that SchaeferEnterprises, LLC is another Delaware corporation which had Harvard Business Services, Inc. file its necessary

paperwork with the state of Delaware. Again, I have never done any business transactions with Harvard Business Services, Inc., let alone request the formation of SchaeferEnterprises, LLC.

9) I have never opened, owned, or operated a corporation outside of the state of Ohio, including the state of Delaware.

### Lack of Association with Parties or Subject of This Matter

10) I have never been associated with, done business with, or solicited business dealings of any kind from The LCF Group, Inc. Before I was shown a copy of the Complaint in this matter, I had never even heard of The LCF Group, Inc.

11) I have never been associated with, done business with, or solicited business dealings of any kind from Piedmont Power Sports, Inc.; New River Kubota, Inc.; or Jack L. Rickett, Jr. Before I was shown a copy of the Complaint in this matter, I had never even heard of Piedmont Power Sports, Inc.; New River Kubota, Inc.; or Jack L. Rickett, Jr.

12) I have never on behalf of myself or any of the businesses that I legitimately own pursued any deals, contracts, or transactions in the merchant cash advance area, as I understand it. Additionally, neither I nor any of the businesses that I legitimately own are part of the "Fintech" space, as I understand that industry.

13) I do not own any property in the state of Virginia, nor have I ever operated a business in that state or have I personally transacted any business there.

FURTHER AFFIANT SAYETH NOT.

*/s/ Eric A. Schaefer*
ERIC A. SCHAEFER

3

4

STATE OF OHIO )
) ss:
COUNTY OF STARK )

Sworn to before me and subscribed in my presence this 8 day of Nov, 2022, such individual is personally known to me or has produced a driver's license as identification.

_____
NOTARY PUBLIC

My commission expires: Feb 16 2024

(Notary Seal)

Benjamin J Schiltz
Notary Public, State of Ohio
My Commission Expires
February 16, 2026

21476239v3

4

LCF 001291