

June 13, 2022

Piedmont Power Sports, Inc
DBA Piedmont Power
12555 James Madison HWY
Orange, VA 22960

RE: **Piedmont Power Sports, Inc - Payoff Letter**

To whom it may concern;

As per request, the current outstanding purchased amount owed to Samson MCA LLC to the above merchant is **$88,341.37** for Contract #████4298 dated **10/27/2021**. Payments should be made via wire transfer to the account below. The outstanding amount does not include any pending payments.

**Empire State Bank**
**1361 N Railroad Ave**
**Staten Island, NY 10306**

**Account #** ████████6475
**ABA # 021913862**

Any refund that may be due will be processed via an ach credit to your account on file within 10 business days.

If you need any further information regarding your account feel free to contacts us.

Respectfully,
*Accounting Team*
Cell Phone: (347) 996-6296 Direct: (347) 242-5478 Fax: (718-304-1163)

PPS0035