

### Company Information

| | |
|---|---|
| Legal Company Name: | SchaeferEnterprises LLC |
| Doing Business As (dba): | Schaefer Capital Group |
| Company Address: | 3033 ethan ct |
| City: | brunswick  State: OH  ZipCode: 45103 |
| Company Phone Number: | 4158884927  Company FaxNumber: n/a |
| Business StartDate: | 10/01/2018  Fed TaxID#: 9377 |
| Accept Web/Electronic Apps? | yes  Accept/Use Docusign or similar program? yes |
| Carry CFLLicense? | no  Use Decision Logic or similar program? no |
| Accept Sub-Brokered Apps? | no  Fund Internally? no |

Funded Units Per Month: 25-30    Funded Dollars Per Month: 1-1.2

### Contact Information

PrimaryContact: Eric Schaefer    Position: owner
Phone: 4158884927   Email: eric@schaefercapitalgroup.com   Fax: n/a

Please provide the best email for approvals, declines and submission inquiries: eric@schaefercapitalgroup.com
Please provide the best email for commission and accounting inquires: eric@schaefercapitalgroup.com

### Owner Information

Owner#1: eric schaefer
HomeAddress: 3033 ethan ct   City: brunsiwck   State: OH   Zip: 45103
SSN: 5620   %Owned: 100   Title: owner

Owner #2:
HomeAddress:   City:   State:   Zip:
SSN:   % Owned:   Title:

### Funding Source References

CompanyName: Everest    ContactPerson: Veronica
ContactPhone: 3057495827   EmailAddress: veronica.lopez@ev-bf.com

CompanyName:    ContactPerson:
Contact Phone:    Email Address:

By signing and faxing or emailing us your Application, you certify that (i) all information you provide within the Application and other Supporting documents is true and complete and that you will notify us of material changes to such information. You understand and agree that we, and our agents and assignees, are authorized to contact third parties to make inquiries in evaluation of your application, including requesting business and personal credit bureau reports from credit reporting agencies and other sources, or for any update, Renewal or other lawful purpose. Upon your request, we will advise you if we obtained a credit report and will give you the credit bureau's Name and address.

Signature [signature]    Date 05/25/2022

Signature    Date