# SCHAEFER

Eric Schaefer
Eric@schaefercapitalgroup.com
(415) 888-4927

**Date:** 6/7/2022
**Intended Use of Funds:** expansion

## COMPANY INFORMATION

**Legal Company Name:** Piedmont Power Sports Inc
**DBA:** Piedmont Power Sports Inc
**Do you have any outstanding debt? If yes, how much?**
**Legal Entity:**
**State of Incorporation:** VA
**Tax ID:** 205647091
**Physical Address (no PO Boxes):** 12555 James Madison Hwy Orange VA 22960
**Company Type / Industry:**
**Rent or own:**
**Company Phone:** 5406145111
**Landlord name:**
**Business Inception Date:** 09/2006
**Landlord phone:**
**Does the merchant have a separate business bank account?**
**Has the merchant accepted credit cards for at least 3 months?**

**Annual business revenue*:** $
**Average bank balance:** $
**Monthly credit card volume:**
**Cash amount requested:** $
**Desired pay term:**

## OWNER INFORMATION

**First name:** Jack
**MI:**
**Last name:** Rickett
**Email:** info@piedmontsports.com
**Home Phone:** 5406145111
**Cell phone:** 5406145111
**SSI Number:**
**Date of birth:** 6/25/1969
**Annual income:**
**Home address (no PO Boxes):** 22282 Monrovia Rd Orange VA 22960
**Business ownership %:** 90

## OWNER INFORMATION

**First name:**
**MI:**
**Last name:**
**Email:**
**Home Phone:**
**Cell phone:**
**SSI Number:**
**Date of birth:**
**Annual income:**
**Home address (no PO Boxes):**
**Business ownership %:**

By signing below, each of the above listed business and business owner/officer (individually and collectively, "you") authorize Schaefer Enterprises LLC dba Schaefer Capital Group and each of its representatives, successors, assigns and designees ("Recipients") that may be involved with or acquire commercial loans having daily repayment features or purchases of future receivables including Merchant Cash Advance transactions, including without limitation the application therefor (collectively, "Transactions") to obtain consumer and/or personal, business and investigative reports and other information about you, including credit card processor statements and bank statements, from one or more consumer reporting agencies, such as TransUnion, Experian and Equifax, and from other credit bureaus, banks, creditors and other third parties.

**Signature:** *Jack Rickett* (DocuSigned by: F7BFB7D185FB47B...)
**Signature (2):** *Jack Rickett* (DocuSigned by: F7BFB7D185FB47B...)

LCF 001263