EXHIBIT
3

**From:** Funding Circle [mailto:support@fundingcircle.com]
**Sent:** Tuesday, May 30, 2023 4:48 PM
**To:** jack@piedmontpower.com
**Subject:** You've Been Pre-Selected to Apply for up to $500,000






Hi Jack,

Now's the time to **lock in a fixed rate as low as 7.49%** to help grow your business.[1] Applying takes just minutes — which means you could be on your way to **funding in as little as 2 days.**[2] Best of all, applying has no cost or impact on your credit score.[3]

- Flexible loan amounts from $25,000 up to $500,000[1]
- Fixed once-monthly payments to help you easily manage your budget
- Expedited approval process with decisions as fast as 24 hours and funds delivered in as little as 2 days
- Low rates starting at 7.49%
- Build your business credit with each on-time payment

**Apply Now**

Visit our website today to check out all of our financing options to find the right fit for your business needs! If you have any questions, please don't hesitate to reach out - send us an email any time or call us at (855) 724-7360.

Your friends in funding,

Funding Circle




*"Funding Circle gave me the spark I needed to hire top-notch staff and more than double my revenue last year."*

Dorika Beckett, Owner,
LiveWell Care Funding Circle Borrower

## Ready to grow your business?

Apply for a loan today. It won't affect your credit score![3]

**Apply for a loan**




707 17th Street, Suite 2200, Denver, CO 80202
termloan@fundingcircle.com

This email was meant for your inbox. If you are not interested in future emails like this one, you can unsubscribe.

All loan offers and qualifications require credit approval and are subject to change with or without notice.

[1] Rates, terms and maximum loan amount may vary according to the overall creditworthiness of the applicant and financing product selected. Not all applicants will qualify. To see what your business may qualify for, apply today at no obligation.

[2] Approval and funding times may vary by lending partner and financing product selected.

[3] If your business is organized as a general partnership, your credit score may be impacted.

All rights reserved. Copyright © 2023 Funding Circle.




