[content redacted]

**From:** Jack Rickett <jack@piedmontpower.com>
**Sent:** Friday, June 24, 2022 9:52 AM
**To:** Michael Silva <msilva@thelcfgroup.com>
**Subject:** FW: Piedmont Power Sports Inc.

Mike,

See below,

EXHIBIT 4

LCF 000051

Jack

**From:** Jeremy Snyder - Funding Circle [mailto:jeremy.snyder@fundingcircleusa.com]
**Sent:** Wednesday, June 8, 2022 11:24 AM
**To:** Jack Rickett
**Subject:** Piedmont Power Sports Inc.

JACKIE L RICKETT,

Congratulations! **PIEDMONT POWER SPORTS INC.** has been approved for financing in the amount of **$350,000**

*Key Terms Listed Below:*

Legal Name: **PIEDMONT POWER SPORTS INC.**

Effective Date: **06/08/2022**

Payoff Amount: **$207,216.21  (Loan#            6364)**

Net Amount: **$142,783.79**

Repayment: **60 Months**

Monthly: **$6,491.69**

Interest: **4.29% APR**

Program: **Refinance - Low Risk**

*Items Required for Funding:*

- **1) Current AR Report**
- **2) Recent Invoices / Accounts Payable**
- **3) Docusign Contract**
- **4) Bank Verification Link**

--

**Thank You**

Jeremy Snyder|**Client Relations**

Direct | **415.659.1359**

2

LCF 000052



**Our Mission: To build a better financial world**

Unless specifically indicated, this e-mail is not an offer to sell or a solicitation of any investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Funding Circle USA.  This e-mail is meant only for the intended recipient of this transmission, and contains trade secret and strictly confidential information belonging to the sender. It is unlawful for unauthorized individuals to review, use, copy, disclose, or disseminate confidential information. If you have received this e-mail in error, please notify the sender immediately by telephone at (855) 385-5354 or by return email and promptly delete this message from your system.

LCF 000053