EXHIBIT
9

Sent from my iPhone

Begin forwarded message:

> **From:** Jack Rickett <jack@piedmontpower.com>
> **Date:** June 10, 2022 at 12:07:22 PM EDT
> **To:** jeremy.snyder@fundingcircleusa.com

Let me know



Sent from my iPhone

PPS0329

Sent from my iPhone

Begin forwarded message:

> **From:** Jack Rickett <jack@piedmontpower.com>
> **Date:** June 10, 2022 at 3:42:23 PM EDT
> **To:** jeremy.snyder@fundingcircleusa.com

Hope this works



Sent from my iPhone

1

PPS0330