# Exhibit 14

Audio File '2023.04.06 LCF 001285'

(provided to the Clerk's Office on a USB drive)