Exhibit 20

Audio File 'LCF001815'

(provided to the Clerk's Office on a USB drive)