FILED: NASSAU COUNTY CLERK 07/11/2022 03:32 PM

NYSCEF DOC. NO. 11

INDEX NO. 608447/2022

RECEIVED NYSCEF: 07/11/2022

**EXHIBIT 21**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
---------------------------------------------------------------X
THE LCF GROUP, INC.,

|  |  |
|---|---|
| Plaintiff, | INDEX NO. 608447/2022 |
| -against- | **SUPPLEMENTAL EMERGENCY AFFIRMATION** |

SCHAEFERENTERPRISES, LLC d/b/a SCHAEFER
CAPITAL GROUP, JOHN DOE 1-10, JANE DOE 1-10,
XYZ CORPORATIONS 1-10,
ABC, LLC 1-10, PIEDMONT POWER SPORTS, INC.
DBA PIEDMONT POWER SPORTS, NEW RIVER
KUBOTA, INC., JACKIE RICKETT AKA
JACK RICKETT,

                                        Defendants,

                -and-

LEGEND TRADING, INC.

                        Defendant-Garnishee.
---------------------------------------------------------------X

**ADAM J. FELDMAN**, an attorney duly admitted to practice law before the courts of the State of New York

hereby affirms the following under the penalties of perjury:

1.      I am the attorney for The LCF Group, Inc., Plaintiff herein, and as such am fully familiar with the

facts and circumstances surrounding the above captioned proceeding.  My familiarity extends to all matters

contained herein except those stated "upon information and belief" and as to those, I believe them to be true

based upon information contained within my office file and conversations with my client.

2.      I make the instant affirmation in further support of Plaintiff's application for an *Ex Parte* Order to

Show cause herein and in support of Plaintiff's further request to treat the instant application on an

emergency basis.

3.      As indicated within the supporting statement herein, absent immediate injunctive relief, Defendants

will be free to continue its fraudulent acts which have, this far, resulted in conversion of plaintiff's funds in

excess of $349,000.00 in less than 30 days plus commissions totaling $17,500.00.

LCF 000999

FILED: NASSAU COUNTY CLERK 07/11/2022 03:32 PM
NYSCEF DOC. NO. 11

INDEX NO. 608447/2022
RECEIVED NYSCEF: 07/11/2022

4.    Supplementing Plaintiff's Emergency Affirmation, See Docket Entry No. 4, Plaintiff has discovered, through new developments, that from all available information it is evident that Defendant Jackie Rickett AKA Jack Rickett ("Rickett") converted funds from Plaintiff's funding to cryptocurrency in furtherance of their seemingly fraudulent scheme targeting Plaintiff.

5.    During Plaintiff's investigation, Plaintiff reached out to Garnishee-Defendant Legend Trading, Inc. by way of a UCC Article 9 pay over notice. Legend Trading, Inc. responded by providing the following:

a.    Images of Defendant Rickett holding up proof of identification (Driver's License) and a single sheet of paper providing authorization for Legend Trading, Inc. to create an account in Defendant Rickett's name.

b.    A Trade History associated with the account in Piedmont Power Sports' name.

c.    A Settlement History demonstrating that Defendant Rickett transferred Plaintiff's funds into his Legend Trading, Inc. account, converting same into the cryptocurrency Ethereum and then transferring it out less than 24 hours later.

6.     Accordingly, in addition with the previous submission, the foregoing further emphasizes the emergent nature of the instant application.

WHEREFORE, your affirmant respectfully requests the instant application be handled on an emergency basis together with such other and further relief as to which this honorable tribunal deems just and proper.

Dated:  Lake Success, New York
        July 11, 2022

_____
            ADAM J. FELDMAN
        The Feldman Law Firm, P.C.
        Attorneys and Counsellors at Law
        3000 Marcus Ave, Suite 2W15
        Lake Success, NY 11042
        212-244-4422

LCF 001000