# Chris Robertson

| | |
|---|---|
| **From:** | Accounting |
| **Sent:** | Friday, July 15, 2022 6:09 PM |
| **To:** | LCF Support; Underwriting; Collections; operations@thelcfgroup.com; Legal; Accounting; eric@schaefercapitalgroup.com |
| **Subject:** | RE: Piedmont Power Sports-New Deal-06072022 - FUNDED - Notice of 30 Day Default Clawback |

Good Evening,

As we initially advised you in our communication of June 23, 2022 this recently funded merchant has entered into default under cash advance agreement within the first 30 days post funding.

We had initially advised you, as the referring party, of the merchant's default so that you might assist in reaching the merchant. We have allowed an additional 30 days to pass but, unfortunately, the merchant remains in default of its obligations to LCF.

In connection with this default, the commission on this advance was $17,500.00. We attempted to send you the commission wh funded however, it was returned due to "account closed". Therefore we will not resubmit.
Thank you for your understanding in this matter.

---

**From:** LCF Support <support@thelcfgroup.com>
**Sent:** Thursday, June 23, 2022 1:25 PM
**To:** Underwriting <underwriting@thelcfgroup.com>; Collections <collections@thelcfgroup.com>; operations@thelcfgroup.com; Legal <legal@thelcfgroup.com>; Accounting <accounting@thelcfgroup.com>; eric@schaefercapitalgroup.com
**Subject:** Piedmont Power Sports-New Deal-06072022 - FUNDED - Notice of 30 Day Default



Good Afternoon,

1

LCF 001452

Merchant entered default due to R02 - Account Closed on 6/17/2022 - this is a default within 30 days. Please send us all contact info you have for this merchant, and please assist in reaching out to help get them back on track.

If we cannot get this merchant performing again, the commission will need to be repaid per the ISO agreement for defaulting within 30 days after funding.

Best Regards,
Accounting Department
The LCF Group
888-499-2939
888-499-0539 Fax
accounting@thelcfgroup.com

