**Jack Rickett**

| | |
|---|---|
| From: | Alvarado,Samantha <Samantha.Alvarado@truist.com> on behalf of Alvarado,Samantha |
| Sent: | Friday, July 8, 2022 4:30 PM |
| To: | 'Cyndi Smith'; 'Jack Rickett' |
| Cc: | Taylor, Ellen |
| Subject: | Piedmont Power Fraud Claim #secure# |
| Importance: | High |

Hello all,

I hope you're having a good day. I wanted to follow up in regards to the fraud claim **#C-202206150732**. I called our fraud department **(800)448-5493** and talked to them about the **$13,148.15 (LAST CHANCE FUND ACH) and $207,216.21 (Wire reference #20220613-00026567)**. According to the fraud department they have reached out numerous times to the receiving bank and have been unable to make any contact. The fraud department reached out on 06/17/2022, 06/24/2022 and 06/29/2022 with no response from the bank. At this point there is no guarantee that we are able to recall the funds. We will continue to make attempts to recover the funds into the account. For the $13,148.15 ACH claim we have until July 30th, 2022 to attempt to recover funds before the case is completely closed out. For the $207,216.21 Wire claim, we have until August 8th, 2022 to attempt to recover funds before the case is completely closed out. Unfortunately, at this time, it is not looking good as we have been unable to get in touch with the receiving banks as of todays date. We still have a few more weeks before the claim is completely closed out so we will continue with our efforts to recover funds.

If you do have a police report for either of the claims, please forward me the report so that I can escalate this to the analyst assigned to the fraud claim. Sometimes it escalates the urgency from the receiving bank in hopes to get a response from them. If we are unable to recover funds by July 30th, 2022 for the ACH and August 8th, 2022 for the WIRE, it will then be up to you to reach out to the receiving bank or merchant to try to recover funds on your own.

If you have any questions, you can also reach out to our fraud department **(800) 448-5493**.

Thanks,

*Samantha Alvarado*
Branch Leader | Truist
NMLS# 1606392
235 N Madison Rd
Orange, VA 22960
Direct: 540-672-1941
Branch: 540-672-1400

1

[Samantha.Alvarado@Truist.com](mailto:Samantha.Alvarado@Truist.com)



The information transmitted is intended solely for the individual or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you have received this email in error please contact the sender and delete the material from any computer.

2

PPS0207