**EXHIBIT 27**

# Chris Robertson

| | |
|---|---|
| **From:** | Marcella Rabinovich |
| **Sent:** | Friday, June 24, 2022 1:05 PM |
| **To:** | Accounting; eric@schaefercapitalgroup.com |
| **Cc:** | Legal; Accounting; operations@thelcfgroup.com; Collections |
| **Subject:** | RE: Piedmont Power Sports-New Deal-06072022 - FUNDED - Notice of 30 Day Default |

Eric,

We are actively working on resolving this issue as soon as possible. Please provide contact information for the merchant and any information you feel is pertinent to our collections efforts. I look forward to your assistance in this matter. Given this file's size I ask that you respond or reach out to me as soon as possible as time is of the essence- my contact information is provided below.

Regards,



**Marcella Rabinovich**
Deputy General Counsel
The LCF Group

3000 Marcus Ave
Suite 2W15
New Hyde Park, NY 11042

(917) 688-2487
888-499-2939 ext. 107
mrabinovich@thelcfgroup.com



NOTICE: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

**From:** LCF Accounting <accounting@thelcfgroup.com>
**Sent:** Thursday, June 23, 2022 1:25 PM
**To:** eric@schaefercapitalgroup.com
**Cc:** Legal <legal@thelcfgroup.com>; Accounting <accounting@thelcfgroup.com>; operations@thelcfgroup.com; Collections <collections@thelcfgroup.com>
**Subject:** Piedmont Power Sports-New Deal-06072022 - FUNDED - Notice of 30 Day Default

1

LCF 001450

Good Afternoon,

Merchant entered default due to R02 - Account Closed on 6/17/2022 - this is a default within 30 days. Please send us all contact info you have for this merchant, and please assist in reaching out to help get them back on track.

If we cannot get this merchant performing again, the commission will need to be repaid per the ISO agreement for defaulting within 30 days after funding.

Best Regards,
Accounting Department
The LCF Group
888-499-2939
888-499-0539 Fax
accounting@thelcfgroup.com