<u>Exhibit 28</u>

Audio File 'LCF001816'

(provided to the Clerk's Office on a USB drive)