**EXHIBIT 31**

U.S. Department of Justice
Federal Bureau of Investigation
FBI - New Haven
600 State Street
New Haven, CT 06511
Phone: (203) 503-5087
Fax: (203) 503-5384

September 26, 2022

Jack Rickett
1525 RIO RD E
Charlottesville, VA 22901

RE: Case Number: 288A-NH-3538333

Dear Jack Rickett:

As a Victim Specialist with the FBI - New Haven, I'm contacting you because we have identified you as a possible victim of a crime.

This case is currently under investigation by the FBI. A criminal investigation can be a lengthy undertaking, and, for several reasons, we cannot tell you about its progress at this time. A victim of a federal crime is entitled to receive certain services. The enclosed brochure introduces you to the FBI's Victim Assistance Program and the types of assistance that may be available to you.

Current information regarding the status of your case can be found on the Internet at https://www.notify.usdoj.gov or by calling the Victim Notification System (VNS) Call Center at 1-866-DOJ-4YOU (1-866-365-4968). You will need to enter your Victim Identification Number (VIN) '[redacted]' and your Personal Identification Number (PIN) '[redacted]' anytime you contact the Call Center and the first time you log into VNS on the Internet. If you are receiving notifications with multiple victim ID/PIN codes please contact the VNS Call Center. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Rickett.

You can also use the Call Center and the Internet to correct/update your contact information and/or change your decision regarding participation in the notification system. Your participation in this notification system is totally voluntary. You can choose not to participate or reactivate your access at any time. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

For many VNS registrants email will provide the most timely notification. VNS does not currently have an email address for you. You can provide VNS an email address by accessing the VNS Internet Web page using the login information provided above. By entering your email as part of the VNS registration process future notifications will be delivered by email, except in rare circumstances when you might also receive a letter from VNS.

If you have additional questions related to this matter, please contact me at (203) 503-5087. When you call, please provide the file number located at the top of this letter.

Sincerely,

Courtney Litowitz
Victim Specialist

PPS0239