

CLERK'S OFFICE U.S. DISTRICT. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 05 2023

LAURA A. AUSTIN, CLERK
BY: S. Mel[...]
DEPUTY CLERK

**Lindsay Bunting Eubanks**
Attorney

Direct: (804) 783-6763
LBuntingEubanks@SandsAnderson.com

RICHMOND | CHRISTIANSBURG | FREDERICKSBURG
DURHAM | WILLIAMSBURG

SANDSANDERSON.COM

1111 East Main Street
Post Office Box 1998
Richmond, VA 23218-1998
Main: (804) 648-1636
Fax: (804) 783-7291

June 28, 2023

**Via Overnight Delivery**
Laura A. Austin, Clerk of Court
United States District Court
Western District of Virginia - Charlottesville Div.
Attn: Civil Section
255 W. Main Street, Room 304
Charlottesville, VA 22902

      Re:  *The LCF Group, Inc. v. Piedmont Power Sports, Inc., New River Kubota, Inc., Jack L. Rickett, Jr., ShaeferEnterprises, LLC, and Eric Schaefer*
            United States District Court, Western District of Virginia – Charlottesville Division, Civil Action No.: 3:22-cv-57

Dear Sir/Madam,

    Per my office's conversation with the Clerk's office, please find enclosed a USB drive containing audio files referenced as exhibits to the previously e-filed ECF 55 Memorandum in Support of Piedmont Defendants' Motion for Summary Judgement:

- ECF 55-14 - Ex. 14 - 2023.04.06 LCF 001285
- ECF 55-15 - Ex. 15 - 2023.04.06 LCF 001286
- ECF 55-20 - Ex. 20 - 001815
- ECF 55-28 - Ex. 28 - LCF001816
- ECF 55-47 - Ex. 47 - PPS0747 - Voicemail provided by Eric Schaefer

    I kindly ask that you attach the USB drive containing these exhibits to ECF 55 Memorandum in Support of Piedmont Defendants' Motion for Summary Judgement.

    A courtesy copy of the Memorandum, Exhibits and USB drive are being sent under separate cover to Judge Moon in Lynchburg.

    Thank you for your assistance in this matter.

Sincerely,

Lindsay Bunting Eubanks

/mtw
Enclosure
cc:    J. Chapman Petersen, Esq. (via email)
        Christopher Robertson, Esq. (via email)