UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| THE LCF GROUP, INC., | CASE NO. 3:22-cv-00057 |
| *Plaintiff,* | |
| v. | ORDER |
| PIEDMONT POWER SPORTS, INC. *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

Plaintiff The LCF Group, Inc, and Defendants Piedmont Power Sports, Inc., New River Kubota, Inc., and Jack Rickett move for summary judgment. In its memorandum in opposition to Defendants' motion for summary judgment, Plaintiff concedes

> there is insufficient evidence in the record to support the following counts included in its Complaint: Count I: Fraud in the Inducement, Count II: Statutory Conspiracy, Count III: Breach of Contract, and Count V: Conversion.

Dkt. 61 at 3. It also concedes that Defendants New River Kubota and Rickett should be dismissed from this case. *Id.* However, it maintains that the Court should grant summary judgment against Piedmont on the remaining Count IV for Unjust Enrichment and Quantum Meruit. *Id.*

Accordingly, the Court **DISMISSES with prejudice** Counts I, II, III, and V of Plaintiff's Complaint. The Court also **DISMISSES** Defendants New River Kubota and Rickett from this case. The Court will rule on the parties' cross motions for summary judgment after the hearing scheduled on Monday, July 31, 2023.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to all counsel of record.

1

Entered this 20th day of July, 2023.

                                                                                                           */s/ Norman K. Moon*
                                                                                                           NORMAN K. MOON
                                                                                                            SENIOR UNITED STATES DISTRICT JUDGE